UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARIA G., | Case No. 3:24-cv-01769-BEN-JLB |
|---|---|
| Plaintiff, | |
| vs. | |
| LELAND DUDEK, Acting Commissioner of Social Security, | ORDER FOR REMAND PURSUANT TO SENTENCE FOUR of 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision regarding Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REMANDED to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to develop the record as necessary, offer the claimant the opportunity for a hearing, and issue a new decision.

It is FURTHER ORDERED that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED this <u>29th </u>day of April, 2025.

_____

ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Jacob Phillips
JACOB PHILLIPS
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Jacob.phillips@ssa.gov